CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 06 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOHN LOPEZ, ) | |
|     Plaintiff, ) | Civil Action No. 7:05CV00635 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | By Hon. Glen E. Conrad |
| LEE NOBLE, et al., ) | United States District Judge |
|     Defendant. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the above referenced civil action shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 6th day of December, 2005.

/s/ Glen Conrad
United States District Judge